IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CR-00126-RJC-DSC

| USA, | ) |  |
| --- | --- | --- |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | ORDER |
|  | ) |  |
| DEONTE MARQUES CURRY (1), | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss Count Three, (Doc. No. 63), of the Indictment, (Doc. No. 18), without prejudice, to which the defendant does not object. For the reasons stated in the motion, the Court finds good cause to grant the requested relief.

**IT IS ORDERED** that the Government's motion, (Doc. No. 63), is **GRANTED** and Count Three of the Indictment, (Doc. No. 18), is **DISMISSED without prejudice**.

Signed: February 16, 2021

Robert J. Conrad, Jr.
United States District Judge