IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CR-00126-RJC-DSC

| | |
|---|---|
| USA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| DEONTE MARQUES CURRY ) | |
| TREVON GREGORY RICKS ) | |
| ) | |

**THIS MATTER** is before the Court on the government's Motion for Final Determination of Restitution. (Doc. No. 88).

At the sentencing of this matter, the Court held that final determination of restitution would be left open as authorized by 18 U.S.C. § 3664(d)(5). (Doc. No. 73: Curry Judgment at 5; Doc. No. 75: Ricks Judgment at 5). The government has now timely proposed a list of victims and losses, (Doc. No. 88-1: Exhibit A), to which the defendants have not objected. The Court finds that list is supported by a preponderance of the evidence, and constitutes a "final determination" for purposes of ordering restitution pursuant to the Mandatory Victim Restitution Act, 18 U.S.C. § 3663A.

**IT IS, THEREFORE, ORDERED** that, based on the reasons set forth in the government's motion, 18 U.S.C. § 3664(d)(5), and the Mandatory Victim Restitution Act, the Judgments in this case, (Doc. Nos. 73, 75), shall be amended to include a final restitution figure of $366,913.90 payable in the amounts listed in Exhibit A to the motion, (Doc. No. 88-1).

**IT IS FURTHER ORDERED** that any payment that is not payment in full shall be divided proportionately among the victims named. The defendants are jointly and severally liable with each other. The victims' recovery is limited to the amount of their loss and the defendants' liability for restitution ceases if and when the victims receive full restitution.

All other terms of the original Judgments remain unchanged.

The Clerk is directed to certify copies of this order to counsel for Defendants, the United States Attorney, the United States Marshals Service, the United States Probation Office, and the Financial Administration Unit of the Clerk's Office.

Signed: December 7, 2021

Robert J. Conrad, Jr.
United States District Judge